IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GARY D. BRADY,

    Plaintiff,

v.                                                     Civil Action No. 2:07CV17

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## **ORDER DIRECTING UNITED STATES MARSHAL SERVICE TO EFFECT SERVICE OF PROCESS**

On August 20, 2007, the Plaintiff, Gary D. Brady, was granted permission to proceed *in forma pauperis* under the provision of 28 U.S.C. § 1915.

The Clerk of Court is directed to notify the United States Marshal Service who shall serve process pursuant to Fed.R.Civ.P.4(c)(2).

It is further ORDERED that any recovery in this action will be subject to payment of costs and fees, including a $350.00 filing fee and service of process fee.

The Clerk of Court is directed to mail a copy of this Order to parties who appear pro se and any counsel of record, as applicable.

DATED: September 6, 2007

                                                     /s/ James E. Seibert
                                                     JAMES E. SEIBERT
                                                     UNITED STATES MAGISTRATE JUDGE